IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFREY LITTLEFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO.: 1:16-cv-03507-CAP |
| SOUTHERN ENVIRONMENTAL ) | |
| SERVICES, INC., F. THOMAS ) | |
| WASSON, and ANDREW FRANCIA ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Jeffrey Littlefield, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and dismisses all causes of action in the complaint against all Defendants with prejudice.

Respectfully submitted, this 11th day of November, 2016.

                                              s/*Paul J. Sharman*
                                              Paul J. Sharman      227207
                                              THE SHARMAN LAW FIRM, LLC
                                              Attorney for Plaintiff
                                              11175 Cicero Dr., Suite 100
                                              Alpharetta, Georgia 30022
                                              (678) 242-5297
                                              paul@sharman-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFREY LITTLEFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO.: 1:16-cv-03507-CAP |
| SOUTHERN ENVIRONMENTAL ) | |
| SERVICES, INC., F. THOMAS ) | |
| WASSON, and ANDREW FRANCIA ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2016, the undersigned electronically filed this NOTICE OF DISMISSAL with the Clerk of Court using the CM/ECF system, which will automatically generate electronic notice to all counsel of record:

/s/ *Paul J. Sharman*
PAUL J. SHARMAN
Georgia State Bar No. 227207
Counsel for Plaintiff

2